IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE K. KRALICEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 8:11CV39 |
| ) | |
| GUY C. BEATTIE, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Magistrate Judge for full pretrial supervision. Upon review of the file, and to clarify the record,

IT IS ORDERED that Plaintiff is granted leave to file a Second Amended Complaint, *see* Fed. R. Civ. P. 15(a)(2), and the Second Amended Complaint (Doc. 7) is the plaintiff's operative pleading.

DATED February 25, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge