IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONNIE K. KRALICEK, | ) | Case No. 8:11CV39 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GUY C. BEATTIE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Notice of settlement (#40) reached through mediation, filed by William E. Gast, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **November 30, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F.A. Gossett, III, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The November 19, 2012 pretrial conference and the December 4, 2012 jury trial are cancelled upon the representation that this case is settled.

Dated: October 16, 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge