# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CONNIE K. KRALICEK,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:11CV39** |
| | ) | |
| V. | ) | |
| | ) | |
| **GUY C. BEATTIE,** | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice (filing 42),

**IT IS ORDERED** that the above-captioned case is dismissed with prejudice, with each party to bear its own costs.

**DATED November 14, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**